UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20379-RNS

UNITED STATES OF AMERICA

vs.

CLIFFORD ALLEN MEADOWS,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Defendant CLIFFORD ALLEN MEADOWS (the "defendant") agree that had this case proceeded to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred within the Special Maritime and Territorial Jurisdiction of the United States, within Miami-Dade County, in the Southern District of Florida.

On or about August 15, 2022, Aventura Police Department officers and HSI SAs were on patrol when they discovered a vessel approximately four nautical miles from Haulover Inlet, in Miami, Florida (the "SUSPECT VESSEL"). The SUSPECT VESSEL was a 31' Contender, bearing tag FL3254NH. The Aventura PD officers and HSI SAs requested assistance from agents with U.S. Border Patrol who were in a vessel nearby.

Law enforcement approached the SUSPECT VESSEL, stopped it, and searched it. The operator of the SUSPECT VESSEL was identified as MEADOWS. There were eight other people on board. Each of the passengers were identified as foreign nationals: six were from the United Kingdom and two were from Ireland. The SUSPECT VESSEL was equipped with life vests and safety devices sufficient for each of the passengers.

                                                                                                               *CM.*

MEADOWS did not ask any of the passengers if they were authorized to enter the United States. The U.S. Coast Guard later conducted biometric checks of the passengers and confirmed that none of them had visas or were otherwise authorized to enter the United States.

During the search of the SUSPECT VESSEL, law enforcement found a bag on the top deck of the boat. The bag contained a Glock GMBH, Model 43X, 9mm pistol, serial number BRSS929, and approximately $34,000 in U.S. currency.

The U.S. currency was wrapped in clear plastic and broken into $1,000 bundles. The $34,000 comprised eight payments of $4,250, representing each passenger's fee to be taken to the United States.

Law enforcement later determined that the firearm was owned by a man who lives on MEADOWS' street.

CM

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit that it is sufficient to prove beyond a reasonable doubt a violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), that is, Bringing Aliens to the United States for Commercial and Private Financial Gain, as charged in the Indictment.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 9/30/22   By: _____
JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

Date: 10/6/22   By: _____
BRIAN H. BIEBER, ESQ.
ATTORNEY FOR DEFENDANT

Date: 10-6-2022   By: _____
CLIFFORD ALLEN MEADOWS
DEFENDANT